**Entity  Consolidated**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/11/2023 | 6/18/2023 | 6/25/2023 | 7/2/2023 | 7/9/2023 | 7/16/2023 | 7/23/2023 | 7/30/2023 | 8/6/2023 | 8/13/2023 | 8/20/2023 | 8/27/2023 | 9/3/2023 | | |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | | |
| Dental Revenue (from current tends) | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 325,000 | |
| Additional Advertising **(A)** | - | 7,000 | 14,000 | 28,000 | 42,000 | 42,000 | 42,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 56,000 | 511,000 | |
| COGS | 1,000 | 1,000 | 41,000 | 1,000 | 1,000 | 1,000 | 41,000 | 1,000 | 1,000 | 1,000 | 1,000 | 41,000 | 1,000 | 133,000 | |
| Salary and Benefits | 48,000 | - | 48,000 | - | 48,000 | - | 48,000 | - | 48,000 | - | 48,000 | - | 48,000 | 336,000 | |
| Rent | - | - | - | 21,000 | - | - | - | - | 21,000 | - | - | - | 21,000 | 63,000 | |
| Subcontractors | 10,865 | - | 10,865 | - | 10,865 | - | 10,865 | - | 10,865 | - | 10,865 | - | 10,865 | 76,055 | |
| Advertising - additional spend **(A)** | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 182,000 | |
| Equipment Finance | 980 | 2,200 | - | 2,200 | 980 | 2,200 | - | 2,200 | 980 | 2,200 | - | 2,200 | - | 16,140 | |
| Insurance | - | 447 | 2,706 | 7,254 | - | 447 | 2,706 | - | 7,254 | 447 | 2,706 | - | 7,254 | 31,221 | |
| Operating Expense | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 28,200 | 366,600 | |
| Total Disbusements | 102,045 | 44,847 | 103,771 | 72,654 | 102,045 | 44,847 | 103,771 | 44,400 | 130,299 | 44,847 | 103,771 | 44,400 | 129,319 | 1,071,016 | |
| **Net Cash Flow** | $ (77,045) | $ (12,847) | $ (64,771) | $ (19,654) | $ (35,045) | $ 22,153 | $ (36,771) | $ 36,600 | $ (49,299) | $ 36,153 | $ (22,771) | $ 36,600 | $ (48,319) | $ (235,016) | |
| **Aggregate Admin Debt** | $ (77,045) | $ (89,892) | $ (154,663) | $ (174,317) | $ (209,362) | $ (187,209) | $ (223,980) | $ (187,380) | $ (236,679) | $ (200,526) | $ (223,297) | $ (186,697) | $ (235,016) | $ (235,016) | |

**Notes:**

**(A)**    Assumes additional advertising spending for Google ads , Bing.com ads, Facebook ads, and additional newspaper spend ($2k per day).