DAVIDOFF HUTCHER & CITRON, LLP
*Proposed Attorneys for the Debtors*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos. |
| CONTEMPORARY MANAGEMENT SERVICES, LLC, | 23-22459 (SHL) |
| REFINED DENTAL LABORATORY LLC, | 23-22460 |
| DALE D. GOLDSCHLAG, D.D.S., P.C., | 23-22461 |
| TOTAL DENTAL IMPLANT SOLUTIONS LLC, and | 23-22462 |
| CDIC HOLDINGS LLC, | 23-22464 |
| | (Joint Administration Requested) |
| Debtors. | |

----------------------------------------------------------------------X

**DECLARATION RELATING TO PAYMENT OF**
**THIRD-PARTY RETAINER**

Dale D. Goldschlag, declares under penalty of perjury:

1.      I submit this Declaration in support of the application filed by the above-captioned Debtors relating to the retention of RK Consultants, LLC ("RK") to provide certain financial consulting services as of June 15, 2023.

2.      I am the President of the above captioned Debtors.

3.      Due to the Debtors' dire financial situation with regard to their ability to pay the retainer to RK, on their behalf I paid, prior to the commencement of this Chapter 11 Case, a third-party retainer in the amount of $50,000 on account of services to be rendered in these Chapter 11 Cases (the "Retainer").

2

4. I have been advised by RK to consult with my own counsel, however I have not retained independent legal counsel regarding the payment of the aforementioned Retainer to RK.

5. I understand that the undivided loyalty of RK is to its client, the above-captioned Debtors.

6. Further, I do not have any intention of asserting a claim against the estate of the Debtors for funds advanced for legal fees in this case.

7. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtors herein, or with any creditor or any other party in interest.

*/s/ Dale D. Goldschlag*
Dale D. Goldschlag
