UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x    Chapter 11
In re:
                                                                   :    Case No.
CONTEMPORARY MANAGEMENT SERVICES, LLC,        23-22459 (SHL)
REFINED DENTAL LABORATORY LLC,               :    23-22460
DALE D. GOLDSCHLAG, D.D.S., P.C.,                 23-22461
TOTAL DENTAL IMPLANT SOLUTIONS LLC, and       :    23-22462
CDIC HOLDINGS LLC,                                23-22464
                                                                   :
                                            Debtor.
----------------------------------------------------------------------x

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Foster & Wolkind, P.C. hereby appears as counsel of record to Alliance Funding Group, a creditor and party in interest.

PLEASE TAKE FURTHER NOTICE, that Foster & Wolkind, P.C. hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address set forth below:

> Foster & Wolkind, P.C.
> 80 Fifth Avenue, Suite 1401
> New York, New York 10011
> pfoster@foster-wolkind.com
> bwolkind@foster-wolkind.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers

referred to in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Debtor and/or its estate.

Dated: New York, New York
       July 3, 2023

                                              FOSTER & WOLKIND, P.C.

                                      By: /s/ *Peter B. Foster, Esq.*
                                      PETER B. FOSTER, ESQ.
                                      Attorneys for Creditor
                                      Alliance Funding Group
                                      80 Fifth Avenue, Suite 1401
                                      New York, New York 10011
                                      (212) 691-2313