DAVIDOFF HUTCHER & CITRON, LLP          *Presentment Date:*
*Proposed Attorneys for the Debtors*          August 2, 2023
120 Bloomingdale Road, Suite 100
White Plains, New York 10605          *Presentment Time:*
(914) 381-7400          12:00 P.M.
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT          Lead Case No. 23-22459 (SHL)
SERVICES LLC, ET Al.,[1]          (Jointly Administered)


                          Debtors.
-----------------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER REGARDING ADEQUATE PROTECTION PAYMENTS TO ALLIANCE FUNDING GROUP

**PLEASE TAKE NOTICE,** that upon the annexed stipulation and order (the "Stipulation")[2] between the above-captioned debtors and debtors-in-possessions (the "Debtors") and Alliance Funding Group ("Alliance"), the proposed Stipulation will be presented by the undersigned for approval and signature to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on the 2nd day of August, 2023 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Stipulation must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to

---

[1] Jointly administered with Dale D. Goldschlag D.D.S. P.C., d/b/a Contemporary Dental Implant Centre® (**-***6832), CDIC Holdings, LLC (**-***8684), Refined Dental Laboratory, LLC (**-***7644), and Total Dental Implant Solutions, LLC (**-***8229)

[2] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Stipulation.

Chambers and served upon Davidoff Hutcher & Citron LLP, proposed attorneys for the Debtors,

120 Bloomingdale Road, Suite 100, White Plains, New York 10605, Attn: Jonathan S. Pasternak,

Esq., so as to be received no later than three (3) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the

Court may hold a hearing with respect to the signature of this Stipulation, and the undersigned will

inform any party filing an objection as to the date and time of the hearing.

Dated:  White Plains, New York
        July 19, 2023

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtors*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

By: */s/ Jonathan S. Pasternak*
       Jonathan S. Pasternak