UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT
  SERVICES, LLC, et al.,

        Debtors.
------------------------------------------------------------X

Chapter 11
Case No.: 23-22459-shl
(Jointly Administered)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned has been retained by, and appears for, Rite Smile Dental Lab of NY Corp., a creditor and party-in-interest in the above-captioned bankruptcy cases, and demands a copy of all papers in this action and that the same be served upon the undersigned at the office and post office address stated below.

DATED: Melville, New York
        July 19, 2023

        /s/ Richard V. Kanter
Richard V. Kanter, Esq
555 Broadhollow Road, Suite 227
Melville, New York  11747
(631) 845-1400
*Attorney for Creditor,*
*Rite Smile Dental Lab of NY Corp.,*