KIRBY AISNER & CURLEY LLP
*Attorney for Creditor/ Landlord 972 Rt 45 LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT
SERVICES, LLC, et. al.,

         Debtors.
-------------------------------------------------------------------X

Chapter 11
Subchapter V
Lead Case No: 23-22459 (shl)
Jointly Administered

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

  **PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kirby Aisner & Curley LLP, hereby appears as counsel for the Creditor/ Landlord, 972 Rt 45 LLC, in the above-captioned Chapter 11 case. It is requested that copies of any and all notices, pleadings, and orders be sent to:

KIRBY AISNER & CURLEY LLP
Attn: Erica R. Aisner, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10528
eaisner@kacllp.com
Telephone: (914) 401-9500

  **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise in the above referenced case.

Dated: Scarsdale, New York
    August 2, 2023

            KIRBY AISNER & CURLEY LLP
            *Attorney for Creditor/ Landlord 972 Rt 45 LLC*
            700 Post Road, Suite 237
            Scarsdale, New York 10583
            Tel: (914) 401-9500


            By: */s/ Erica R. Aisner*
              Erica R. Aisner, Esq.