UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT                    Lead Case No. 23-22459 (SHL)
SERVICES LLC, ET Al.,[1]                           (Jointly Administered)


                         Debtors.
----------------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASES

**UPON** consideration of the motion (the "Motion") of the above captioned debtors and debtors-in-possession (the "Debtors"), by their principal Dale Goldschlag, and their attorneys, Davidoff Hutcher & Citron LLP, for an Order Dismissing the Chapter 11 Cases, and a hearing (the "Hearing") having been held before this Court on December 6, 2023; and upon the record made thereof; and no objection having been filed; it is hereby

**ORDERED**, that the Motion is granted, and the Debtors' Chapter 11 cases are hereby dismissed; and it is further

**ORDERED**, that the Debtors shall pay the fees of the Subchapter V Trustee, Charles N. Persing, as may be awarded by the Bankruptcy Court upon entry of an Order; and it is further

**ORDERED,** that all Orders previously entered in these Chapter 11 cases shall remain in full force and effect notwithstanding the dismissal authorized herein.

Dated: White Plains, New York
             _____, 2023


                                         _____
                                         HONORABLE SEAN H. LANE
                                         UNITED STATES BANKRUPTCY JUDGE

---

[1]    Jointly administered with Dale D. Goldschlag D.D.S. P.C., d/b/a Contemporary Dental Implant Centre® (**-***6832), CDIC Holdings, LLC (**-***8684), Refined Dental Laboratory, LLC (**-***7644), and Total Dental Implant Solutions, LLC (**-***8229).