DAVIDOFF HUTCHER & CITRON LLP       *Hearing Date:* December 6, 2023
*Attorneys for the Debtors*      *Hearing Time:* 10:00 a.m.
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT      Lead Case No. 23-22459 (SHL)
SERVICES LLC, ET Al.,[1]      (Jointly Administered)


               Debtors.
-----------------------------------------------------------------------X

## NOTICE OF HEARING ON DEBTORS' MOTION TO DISMISS BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** a hearing to consider the motion (the "Motion") of the above captioned debtors and debtors-in-possession (the "Debtors"), seeking an order dismissing the Debtors' Chapter 11 proceedings shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, NY 10601, on December 6, 2023 at 10:00 a.m. or as soon thereafter as counsel may be heard, to be conducted by Zoom conference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion shall be made in writing, filed with the Bankruptcy Court at the Court's

---

[1] Jointly administered with Dale D. Goldschlag D.D.S. P.C., d/b/a Contemporary Dental Implant Centre® (**-***6832), CDIC Holdings, LLC (**-***8684), Refined Dental Laboratory, LLC (**-***7644), and Total Dental Implant Solutions, LLC (**-***8229).

1

website www.nysb.uscourts.gov (login and password required), with 2 copies delivered directly to chambers, so as to be filed and served upon the undersigned no later than November 29, 2023 at 5:00 p.m.

Dated: White Plains, New York
November 6, 2023

                                      DAVIDOFF HUTCHER & CITRON LLP
                                      *Attorneys for the Debtors*
                                      120 Bloomingdale Road, Suite 100
                                      White Plains, New York 10605
                                      (914) 381-7400

                                      By: */s/ Jonathan S. Pasternak*
                                              Jonathan S. Pasternak

2