UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

CONTEMPORARY MANAGEMENT　　　　　　　　　　Lead Case No. 23-22459 (SHL)
SERVICES LLC, ET Al.,[1]　　　　　　　　　　　　　　　(Jointly Administered)


                         Debtors.
------------------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASES

**UPON** consideration of the motion (the "Motion") of the above captioned debtors and debtors-in-possession (the "Debtors"), by their principal Dale Goldschlag, and their attorneys, Davidoff Hutcher & Citron LLP, for an Order Dismissing the Chapter 11 Cases, and a hearing (the "Hearing") having been held before this Court on December 6, 2023; and upon the record made thereof; and no objection having been filed; it is hereby

**ORDERED**, that the Motion is granted, and each of the Debtors' Chapter 11 cases, a schedule of which is annexed as Exhibit "A", is hereby respectively dismissed; and it is further

**ORDERED,** that the Clerk of the Court shall enter this Order in all of the Debtors' respective cases as listed on Exhibit "A"; and it is further

**ORDERED**, that the Subchapter V Trustee, Charles N. Persing (the "Trustee"), is hereby discharged as of the date of this Order; and it is further

**ORDERED,** that the Debtors shall pay the fees and expenses of the Trustee as awarded by the Bankruptcy Court immediately upon entry of an order; and it is further

---

[1] Jointly administered with Dale D. Goldschlag D.D.S. P.C., d/b/a Contemporary Dental Implant Centre® (\*\* \*\*\*6832), CDIC Holdings, LLC (\*\*-\*\*\*8684), Refined Dental Laboratory, LLC (\*\*-\*\*\*7644), and Total Dental Implant Solutions, LLC (\*\*-\*\*\*8229).

**ORDERED,** that all Orders previously entered in these Chapter 11 cases shall remain in full force and effect notwithstanding the dismissal authorized herein.

Dated: White Plains, New York
       February 6, 2024

                                                ***/s/ Sean H. Lane***
                                                HONORABLE SEAN H. LANE
                                                UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"

SCHEDULE OF DEBTOR CASES TO BE DISMISSED

| | |
|---|---|
| Contemporary Management Services LLC | Case No. 23-22459-shl |
| Refined Dental Laboratory, LLC | Case No. 23-22460-shl |
| Dale D. Goldschlag D.D.S. P.C., d/b/a Contemporary Dental Implant Centre® | Case No. 23-22461-shl |
| Total Dental Implant Solutions, LLC | Case No. 23-22462-shl |
| CDIC Holdings, LLC | Case No. 23-22464-shl |